RECEIVED

AUG 13 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 26-I-011 |
| **Plaintiff,** | ) | **Cr. No.:** 26-20325 |
| **vs.** | ) | **18 U.S.C. § 641** |
| **LATONYA HUNT,** | ) | |
| **Defendant.** | ) | |

**INFORMATION**

**COUNT 1**
(Theft of Government Property, 18 U.S.C. § 641)

On or about December 1, 2024, in the Western District of Tennessee, the Defendant,

**LATONYA HUNT,**

did willfully and knowingly convert to her own use property of the United States not exceeding $1,000 in value belonging to the United States Department of Housing and Urban Development, an agency of the United States, to wit: Housing Choice Voucher Program housing benefits valued at $900.00, in violation of Title 18, United States Code, Section 641.

**DATED: August 12, 2026**

DAVID DUNAVANT Digitally signed by DAVID DUNAVANT Date: 2026.08.12 13:40:43 -05'00'

**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**
**WESTERN DISTRICT OF TENNESSEE**